IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEERICA WATSON**                                                                **PLAINTIFF**

V.                           No. 4:22-CV-00703-BRW-JTK

**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

### ORDER

I have reviewed the Recommended Disposition (Doc. No. 17) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 28th day of June, 2023.

                                                           BILLY ROY WILSON
                                                          UNITED STATES DISTRICT JUDGE